IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MICHELLE HENSON, Individually
And as representative and beneficiary
of Henson Revocable Trust, other
Henson Family Revocable Trust                          PLAINTIFFS

v.                          No. 3:18-cv-176-DPM

SOUTHERN ENERGY HOMES,
INC.                                                    DEFENDANT
                                              & THIRD-PARTY PLAINTIFF

PASS & SEYMOUR, INC.;
and WESCO DISTRIBUTION, INC.   THIRD-PARTY DEFENDANT
                                              & CROSS CLAIMANT

## ORDER

Henson has informally advised the Court that she has settled her claims against Southern. Congratulations. Henson's complaint is dismissed with prejudice. Southern's third-party claims against Pass & Seymour and Wesco remain.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

21 December 2018