IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MICHELLE HENSON, Individually
and as representative and beneficiary
of Henson Revocable Trust, other
Henson Family Revocable Trust                         PLAINTIFFS

v.                          No. 3:18-cv-176-DPM

SOUTHERN ENERGY HOMES,
INC.                                                  DEFENDANT
                                         & THIRD-PARTY PLAINTIFF

PASS & SEYMOUR, INC.;
and WESCO DISTRIBUTION, INC.  THIRD-PARTY DEFENDANT
                                              & CROSS CLAIMANT

## JUDGMENT

The complaint, third party complaint, and cross claim are dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

5 February 2019